IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KUSHANEL DONERSON,	PLAINTIFF
Individually and on Behalf
of J.D., a minor

v.	No. 3:24-cv-41-DPM

EPIC GAMES, INC.; ACTIVISION
BLIZZARD, INC.; INFINITY
WARD, INC.; TREYARCH
CORPORATION; SLEDGEHAMMER
GAMES, INC.; RAVEN SOFTWARE
CORPORATION; TAKE-TWO
INTERACTIVE SOFTWARE, INC.;
ROCKSTAR GAMES, INC.; ROCKSTAR
GAMES UK LTD. f/k/a ROCKSTAR
NORTH LTD. f/k/a DMA DESIGN LTD.;
2K GAMES, INC.; ROBLOX
CORPORATION; MICROSOFT
CORPORATION; SONY INTERACTIVE
ENTERTAINMENT, LLC; DOES,
John and Jane I-XX; and VISUAL
CONCEPTS ENTERTAINMENT STUDIOS	DEFENDANTS

ORDER

This case is closely related to *Dunn v. Activision Blizzard Inc*, Case No. 3:23-cv-224-JM. Judicial economy favors one Judge handling both of these cases. The Court directs the Clerk to reassign this case to Judge Moody by chip exchange.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 March 2024