UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| KUSHANEL DONERSON individually and on behalf of J.D., a minor, | CASE NO. 3:24-CV-0041-JM |
| Plaintiffs, | JUDGE JAMES M. MOODY, JR. |
| v. | |
| EPIC GAMES, INC., *et al.* | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FRCP 41(a)(1)(A)(i)**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Kushanel Donerson, individually and on behalf of J.D., a minor, hereby voluntarily dismisses without prejudice this action against all Defendants pursuant to FED. R. CIV. P. 41(a)(1)(A)(i),

Dated: September 13, 2024          Respectfully submitted,

                                                                                 */s/Joshua R. Harris*
                                                            Joshua R. Harris (FL Bar # 124124)
                                                            **GOMEZ TRIAL ATTORNEYS**
                                                            755 Front Street
                                                            San Diego, California 92101
                                                            Telephone: (619) 237-3490
                                                            Facsimile: (619) 237-3496
                                                            *josh@getgomez.com*

                                                            Joseph Gates, Bar No. 2010239
                                                            **GATES LAW FIRM, PLLC**
                                                            2725 Cantrell Road, Suite 105
                                                            Little Rock, AR 72202
                                                            Ph: (501) 779-8091
                                                            Fax: (479) 269-9788
                                                            *Gates@GatesLawPLLC.com*

Kyle C. Usner
**HAIR SHUNNARAH TRIAL ATTORNEYS**
3001 17th Street
Metairie, LA 70002
504-684-5200
Fax: 504-613-6351
usner@hairshunnarah.com

Dakota James Fontenot
**DJF LAW FIRM**
2926 Fontana Drive
Houston, TX 77043
713-419-2966
djf@thedjflawfirm.com

*Attorneys for Plaintiffs Sonya Foster, individually and on behalf of D.F., a minor*

**CERTIFICATE OF SERVICE**

  I, Joshua R. Harris, certify that on September 13, 2024, I electronically filed the foregoing *Notice of Voluntary Dismissal Without Prejudice Pursuant to FRCP 41(a)(1)(A)(i)* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties and counsel of record.

                /s/ *Joshua R. Harris*
                Joshua R. Harris